*Friday,*
*November 30.*

Doe, on the Demise of GALLION, *v.* GRIFFIN.

ERROR to the *Decatur* Circuit Court.

In ejectment, if the declaration be filed, notice given to the defendant, and a copy of the declaration served on him, ten days before the next term, the plaintiff must be ready at that term for trial, unless he can show a good cause of continuance.

*J. Test,* for the plaintiff.

*G. H. Dunn* and *A. Lane,* for the defendant.